UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR125-037, USA v. Myers |
| OF ABSENCE REQUEST | ) | CR125-042, USA v. Miller |
| | ) | CR125-055, USA v. Sturgis |
| | ) | |
| WENDELL E. JOHNSTON, JR. | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Wendell E. Johnston, Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Wendell E. Johnston, Jr.** be granted leave of absence for the following period:  June 20, 2026 through June 27, 2026 and July 24, 2026 through July 31, 2026.

**SO ORDERED**, this _____ day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA